296 U.S. 607
 56 S.Ct. 123
 80 L.Ed. 430
 Anne M. EVANS, petitioner,
v.
MISSOURI STATE LIFE INSURANCE COMPANY.*
 No. 271.
 Supreme Court of the United States
 October 14, 1935
 
 1
 Miss Anne M. Evans, of St. Louis, Mo., pro se.
 
 
 2
 For opinion below, see City of St. Louis v. Miller (Mo. Sup.) 82 S.W.(2d) 579.
 
 
 3
 Petition for writ of certiorari to the Supreme Court of the State of Missouri denied.
 
 
 
 *
 Rehearing denied 296 U. S. 662, 56 S. Ct. 168, 80 L. Ed. 473.